# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| JOSEPH MICHAEL SMITH | ) Case No. 21-mj-4346-DHH |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 10, 2021 in the county of Worcester in the _____ District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

Please see attached affidavit by HSI Special Agent Meghan Ronayne

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Meghan Ronayne
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Nov 10, 2021**

*Judge's signature*

City and state: Worcester, Massachusetts     Magistrate Judge David H. Hennessy
*Printed name and title*